## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| BMT-NW ACQUISITION, LLC, | ) Case No. 14-10302 (PJW) |
| | ) |
| Debtor. | ) |
| | ) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "SOFA," collectively with the Schedules, the "Schedules and Statements") filed by the above-captioned debtor (the "Debtor"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), are unaudited and were prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by certain employees of the Debtor. While the Debtor's employees have made reasonable efforts to file complete and accurate Schedules and Statements based upon information available at the time of preparation, the Schedules and Statements remain subject to further review and verification. Subsequent information may result in material changes in financial and other data contained in the Schedules and Statements. The Debtor reserves the right to amend its Schedules and Statements from time to time as may be necessary or appropriate. The *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements and should be referred to and reviewed in connection with any review of the Schedules and Statements. In the event that the Schedules and Statement differ from any of the foregoing Global Notes, the Global Notes shall control.

1.    <u>Summary of Significant Reporting Policies and Practices</u>.    The following conventions were adopted by the Debtor in the preparation of the Schedules and Statements:

a)    <u>Description of the Case and "As Of" Information Date</u>. On the applicable Petition Date, the Debtor filed a voluntary petition with the Bankruptcy Court for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Except as otherwise noted, all asset and liability information is as of February 14, 2014 and is stated in United States currency. In some instances, the Debtor has used estimated amounts where actual data as of February 14, 2014 was not available.

b)    <u>Basis of Presentation</u>. The preparation of the Schedules and Statements required the Debtor to make estimates and assumptions that affect the reported

amounts of liabilities, the disclosures of contingent liabilities, and the reported amounts of expenses during the reporting period. Actual results could differ from estimates. Some of the Debtor's scheduled assets and liabilities are unknown and/or unliquidated at this time. In such cases, the amounts are listed as "Unknown" or "Undetermined." Accordingly, the Schedules may not accurately reflect the aggregate amount of the Debtor's assets and liabilities. As additional information becomes available and further research is conducted, the estimation of liabilities may change. Given the differences between the information requested in the Schedules and Statements, and the financial information utilized under Generally Accepted Accounting Principles ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts, and do not purport to reflect the amounts, that would be set forth in a balance sheet prepared in accordance with GAAP.

c) Claims. The Debtor's Schedules list creditors and set forth the Debtor's estimate of the amount of the claims of such creditors, as of the close of business on February 14, 2014 based upon the Debtor's books and records.

d) Claims Description. Schedules D, E, and F permit the Debtor to designate a claim as disputed, contingent, and/or unliquidated. A failure to designate a claim on any of these Schedules as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserves its right to dispute, or assert offsets or defenses to any claim reflected on these Schedules as to the nature, amount, liability, or status.

e) Estimates and Assumptions. In preparing the Schedules and Statements the Debtor was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities, and the potential values of contingent assets and liabilities on the date the Schedules and Statements were filed and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates, perhaps materially.

f) Excluded Assets and Liabilities. The Debtor has excluded certain assets and liabilities from the Schedules and Statements such as de minimus deposits, and accrued liabilities including, without limitation, tax accruals and accrued accounts payable. Other immaterial assets and liabilities may also have been excluded. Finally, certain deferred charges, accounts, or reserves recorded for GAAP reporting purposes only are not included in the Debtor's Schedules.

g) Insiders. Where the Schedules and Statements require information concerning officers, directors or insiders, included therein are the Debtor's (a) directors (or persons in similar positions) and (b) employees who are, or were during the relevant period, officers or managers (or other persons in control). Employees may have been included in this disclosure for informational

purposes only and may not necessarily be deemed "insiders" as defined in section 101(31) of the Bankruptcy Code or as otherwise defined by applicable law, including, without limitation, any state or federal securities law. The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider, nor should it be construed as an admission that such party is an insider, all such rights, claims and defenses being expressly reserved.

h) <u>Litigation</u>. The Debtor has listed on Schedule F all known claimants related to any pending or threatened litigation action as contingent, unliquidated and disputed with unknown amounts. Despite its best efforts, the Debtor may not have set forth all of its claims, causes of actions and potential recoveries in its Schedules and Statements. The Debtor reserves all of its rights with respect to any causes of action it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

i) <u>Net Book Value</u>. Unless otherwise noted in the Schedules and Statements, the value of each asset and liability of the Debtor is shown on the basis of the book value of such asset or liability in the Debtor's accounting books and records as of February 14, 2014. As a result, the value of the Debtor's assets and liabilities set forth on the Schedules and Statements may not always reflect the current market values of such property and/or liabilities. The Debtor reserves its right to amend or adjust the value of each asset or liability set forth herein.

j) <u>Intellectual Property Rights</u>. Exclusion of certain intellectual property shall not be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms or have been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain intellectual property rights shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms or have been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction. Accordingly, the Debtor reserves all of its rights with respect to the legal status of any and all such intellectual property rights.

k) <u>Reservation of Rights and Exculpation</u>. The Debtor reserves all its rights to amend the Schedules and Statements in all respects, as may be necessary or appropriate, including but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules as to amount, liability, or classification or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim

as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim is not "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtor's rights with respect to the chapter 7 case and, specifically, with respect to any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor and its agents, attorney, and advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While reasonable effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtor or its agents, attorneys, and advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages arising from the information set forth in the Schedules and Statements regarding claims against the Debtor, whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, and advisors are advised of the possibility of such damages.

2.  Specific Schedules and Statements Disclosures.

    a)  Schedule D – Creditors Holding Secured Claims. Except as otherwise agreed pursuant to a stipulation and agreed order or general order entered by the Bankruptcy Court that is or becomes final, the Debtor reserves the right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a lien has been undertaken.

    The Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. In certain instances, the Debtor may be a co-obligor or guarantor with respect to scheduled claims of other

entities, and no claim set forth on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents and a determination of the creditors' compliance with applicable law is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements ore related documents.

The claims listed on Schedule D arose or were incurred on various dates and a determination of each date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule D, however, have been incurred prior to the Petition Date.

Real property lessors, utility companies, and other parties that may hold security deposits, if any, have not been listed on Schedule D. The Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights, deposit posted by, or on behalf of, the Debtor, or inchoate statutory lien rights.

b) Schedule E – Creditors Holding Unsecured Priority Claims. Out of an abundance of caution and in an effort to provide notice to holders of potential priority tax claims, the Debtor has listed holders of potential priority tax claims on Schedule E. The listing of a taxing authority on the Debtor's Schedule E is not an acknowledgement that such taxing authority holds a valid claim against the Debtor or that a particular tax claim is entitled to priority under 11 U.S.C. § 507(a)(8) or otherwise. The Debtor reserves the right to take the position that any claim listed on Schedule E is a secured claim, an unsecured or a subordinated claim.

Further, certain potential or actual priority claims may be subject to audit and the Debtor is otherwise unable to determine with certainty the amount of many, if not all, of these claims. Therefore, the Debtor may have listed such claims as unknown in amount, pending final resolution of ongoing audits or other outstanding issues.

c) Schedule F – Creditors Holding Unsecured Claims. Schedule F does not include certain deferred charges, deferred liabilities, accruals or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do

not represent specific claims as of the Petition Date. Schedule F also reflects prepetition amounts owed to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Schedule F does not include additional rejection damages claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected after the Petition Date. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of any agreement entered into by and between the Debtor and its creditors. The claims of creditors for, among other things, merchandise, goods, services, or taxes are listed on the Debtor's books and records and may not reflect credits or allowances due from such creditor. The Debtor reserves all of its rights respecting such credits and allowances. In addition, the amounts of claims listed on Schedule F may be exclusive of contingent and unliquidated amounts.

d) SOFA Question 3(b) – Payments to Creditors Within 90 Days. These payments include payroll and payroll related expenses paid to employees. The response to Question 3(b) of the Statement of Financial Affairs lists all transfers made to any party within 90 days immediately preceding the Petition Date, whether or not the transferee is a creditor of the Debtor. Accordingly, the listing of any transfer in response to Question 3(b) of the Statement of Financial Affairs does not constitute an admission that the transferee of such transfer is a creditor of the Debtor.

e) SOFA Question 3(c) – Payments to Creditors Within One Year. The Debtor listed payments made to various individuals and entities in response to Question 3(c) of the Statement of Financial Affairs to the best of its ability. The inclusion of any individual or entity in the response to Question 3(c) of the Statement of Financial Affairs, however, is not an admission by the Debtor that the individual or entity is an "insider," as set forth in section 101(31) of the Bankruptcy Code. The Debtor reserves the right to dispute or challenge the designation of any individual or entity as an insider in connection with any other matter arising in the Debtor's chapter 7 case.

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
### District of Delaware

In re  BMT-NW Acquisition, LLC                ,

*Debtor*

Case No.  14-10302 (PJW)

Chapter  7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 1,427,342.50 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 10,595,703.26 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 31,048.50 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 768,350.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ |
| TOTAL | | | $ 1,427,342.50 | $ 11,395,102.38 | |

B6A (Official Form 6A) (12/07)

In re  BMT-NW  Acquisition, LLC _____ ,        Case No.  14-10302 (PJW) _____
　　　　　　　　Debtor                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total▶ | 0.00 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  BMT-NW  Acquisition, LLC         ,         Case No.   14-10302 (PJW)
                **Debtor**                                     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | x | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Letter of Credit # 38023-60908 | | 26,726.10 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | x | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6. Wearing apparel. | x | | | |
| 7. Furs and jewelry. | x | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See Attached Schedule B-9. | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | x | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re   BMT-NW  Acquisition, LLC _____ ,          Case No.   14-10302 (PJW)
                       **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | x | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Super Technologies LLC   FED ID #01-0651062 PO Box945 N Carson St #412 Carson City NV | | 8,123.00 |
| 14. Interests in partnerships or joint ventures.  Itemize. | x | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16. Accounts receivable. | | See Attached Schedule B-16 | | 39,884.29 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | x | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | x | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | x | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Credit Memo due from Pacific Welding | | 8,083.13 |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  BMT-NW  Acquisition, LLC                                ,          Case No.  14-10302 (PJW)
                        Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | | See Attached Schedule B-22 | | 30,646.00 |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | | Kleerwater License | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Attached Schedule B-29 | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attached Schedule B-29 | | 1,200,000.00 |
| 30. Inventory. | | See Attached Schedule B-29 | | 0.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Accounts Receivable from Brown-Minneapolis Tank - Northwest, LLC (see attached) | | 113,880.03 |

_____continuation sheets attached    Total➤    $         1,427,342.50

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

## SCHEDULE B-9

Interests in insurance policies.  Name insurance company of each
policy and itemize surrender or refund value of each.

| Number | Insurance Co. | Policy No. | Value |
|--------|---------------|------------|-------|
| 1. | Vigilant Counsel Retro Program | Account # 01-BMTALB | Unknown |
| 2. | Scottsdale Indemnity Company | Business and Management Indemnity Policy # EKI3107416 | Unknown |
| 3. | Westchester Surplus Lines Insurance Company | Site Pollution #G24018489002 | Unknown |
| 4. | Travelers Casualty and Surety Company of America | Criminal Insurance # 105975570 | Unknown |
| 5. | CNA | Package #2089007707 | Unknown |
| 6. | CNA | Auto #2089007710 | Unknown |
| 7. | CNA | Inland Marine #4020955372 | Unknown |
| 8. | CNA | Umbrella #2089007724 | Unknown |
| 9. | STICO | GL Contractors Pollution # 1-CER000079-13 | Unknown |
| 10. | STICO | GL Manufactures Pollution #1-MER000122-13 | Unknown |
| 11. | STICO | GL Comp Ops/Prof # 1-PLR000036-13 | Unknown |

# SCHEDULE B-16

## Accounts Receivable.

**Age Based On Invoice Date**
**Sort by Customer Name**

| Invoice No | Invoice Description | Inv Date | 0 - 30 days | 31 - 60 days | 61 - 90 days | 90 + days | Retainage | Age | Due Date |
|---|---|---|---|---|---|---|---|---|---|
| 109 | COBRA THERMOSOLAR PLANTS, INC. | | | | | | | | |
| 677 | Application 1 | 02/10/13 | | | | | 9,898.47 | 367 | 03/27/13 |
| 706 | Application 2 | 03/10/13 | | | | | 6,337.40 | 339 | 04/24/13 |
| 707 | Application 3 | 03/20/13 | | | | | 2,906.35 | 329 | 05/04/13 |
| 880 | Application 4 | 09/18/13 | | | | | 43,100.42 | 147 | 11/02/13 |
| 881 | Application 1 | 09/18/13 | | | | | 6,676.45 | 147 | 10/18/13 |
| 921 | Application 2 | 01/17/14 | 2,621.89 | | | | -6,676.45 | 26 | 01/31/14 |
| 920 | Application 5 | 01/23/14 | 37,262.40 | | | | -62,242.64 | 20 | 01/31/14 |
| | Customer Total | | 39,884.29 | 39,884.29 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | Grand Total | | 39,884.29 | 39,884.29 | .00 | .00 | .00 | .00 | |

SCHEDULE B-22
Intellectual Property

| Description | Estimated Value |
| --- | --- |
| UL Listings, STI/SPFA Listings and Labels, ASME Stamps ['PP' # 37,1119, 'S' # 40,021, 'U' # 40,021 and 'U2' # 40,022] & Weld Procedures | $30,646.00 |

SCHEDULE B-29

Machinery, fixtures, equipment, and supplies used in business.

| Description | Location | Estimated Value |
|---|---|---|
| (See attached; includes inventory) | 100 Tower Blvd., Ste. 101 Elma, WA  98541 | $1,200,000 (estimated fair market value) |

| Category | Equip No | Asset Description | Serial Number | Purchase Date |
|---|---|---|---|---|
| Office Furniture and Equipment | 128 | Safety First Shop Signage | | 8/1/2011 |
| Office Furniture and Equipment | 136 | Flammable Storage Cabinet 6'x5 | | 8/1/2011 |
| Office Furniture and Equipment | 169 | First Aid Cabinets & FE Bracke | | 8/1/2011 |
| Office Furniture and Equipment | 205 | Storage Master Bang Box | | 8/1/2011 |
| Office Furniture and Equipment | 206 | Storage Master Bang Box | | 8/1/2011 |
| Office Furniture and Equipment | 207 | Storage Master Bang Box | | 8/1/2011 |
| Office Furniture and Equipment | 208 | Storage Master Bang Box | | 8/1/2011 |
| Office Furniture and Equipment | 240 | 24' Steel Container  (storage) | 24140C | 8/1/2011 |
| Office Furniture and Equipment | 241 | 24' Steel Container (storage) | 24140C | 8/1/2011 |
| Office Furniture and Equipment | 271 | Conex Box, 40Ft | | 8/1/2011 |
| Office Furniture and Equipment | 286 | 45 FT DRY BOX KLFU | 905188-6 | 8/1/2011 |
| Office Furniture and Equipment | 287 | 45FT Dry Box KLFU | 905142-2 | 8/1/2011 |
| Office Furniture and Equipment | 293 | Brown-Minneapolis TankNW sign | | 8/1/2011 |
| Office Furniture and Equipment | 296 | 24'Steel Container Lonnies ofc | 24140C | 8/1/2011 |
| Office Furniture and Equipment | 329 | Fronius | 18172196 | 8/1/2011 |
| Office Furniture and Equipment | 330 | Fronius | 18161018 | 8/1/2011 |
| Office Furniture and Equipment | 337 | Office, Shipping & Rec. Bldg | | 8/1/2011 |
| Office Furniture and Equipment | 381 | Office Trailer 10x44 | VIN 87656 | 8/1/2011 |
| Office Furniture and Equipment | 398 | Blast Booth Dead Man Conversio | | 8/1/2011 |
| Office Furniture and Equipment | 421 | Lunch Room Conex Conversion | | 8/1/2011 |
| Office Furniture and Equipment | 455 | Office Equip. & Off site Offic | | 8/1/2011 |
| Equipment | 101 | Power Cord Reels, 200 | M64449 | 8/1/2011 |
| Equipment | 102 | Power Cord Rells, | M65356 | 8/1/2011 |
| Equipment | 103 | Power Cord Reel, 200 | 65356 | 8/1/2011 |
| Equipment | 104 | Power Cord Reels, 200 | 65356 | 8/1/2011 |
| Equipment | 105 | Welder, Used DC 1000 Welder | | 8/1/2011 |
| Equipment | 106 | Welder Shield Arc 400 | | 8/1/2011 |
| Equipment | 107 | Welder DC-665, 200 | U1010626065 | 8/1/2011 |
| Equipment | 108 | Welder DC 200 | A79799 | 8/1/2011 |
| Equipment | 109 | Welder DC 200 | A68146 | 8/1/2011 |
| Equipment | 110 | Welder DC 200 | A82149 | 8/1/2011 |
| Equipment | 111 | Welder DC 200 | A101920 | 8/1/2011 |
| Equipment | 112 | Handpump w/15Ton 4" | | 8/1/2011 |
| Equipment | 113 | Chain Hoist 1-1/2 Ton | | 8/1/2011 |
| Equipment | 114 | Chain Hoist 1-1/2 Ton | | 8/1/2011 |
| Equipment | 115 | Welder, Shield Arc 400 | A101895 | 8/1/2011 |
| Equipment | 116 | Welder DC 200 | A82181 | 8/1/2011 |
| Equipment | 117 | Chop Saw | | 8/1/2011 |
| Equipment | 118 | Chop Saw | | 8/1/2011 |
| Equipment | 119 | Elec Motor1.3HP Fan Trane Cent | 76J-25075 | 8/1/2011 |
| Equipment | 120 | Fan Trane 1.5 HP HVAC | K83A88099 | 8/1/2011 |
| Equipment | 121 | Fan Trane 1.5HP HVAC | K83A88100 | 8/1/2011 |
| Equipment | 122 | Water Box Block & Hook | | 8/1/2011 |
| Equipment | 123 | Welder DC 200 | A82154 | 8/1/2011 |
| Equipment | 124 | Table W/Vise | | 8/1/2011 |
| Equipment | 125 | Wire Feed | R-115 | 8/1/2011 |
| Equipment | 126 | Chain Hoist, 3Ton | | 8/1/2011 |
| Equipment | 127 | Chain Hoist, 3Ton | | 8/1/2011 |
| Equipment | 129 | Hand Held Plasma Torch | | 8/1/2011 |
| Equipment | 130 | Jackhammer, Standard, W/Bits | | 8/1/2011 |
| Equipment | 131 | Track Torch | | 8/1/2011 |
| Equipment | 132 | Track Torch | | 8/1/2011 |
| Equipment | 133 | Impact Hammer 1-1/2' | | 8/1/2011 |
| Equipment | 134 | Rod Oven | | 8/1/2011 |
| Equipment | 135 | R35-300 Power Supply | | 8/1/2011 |
| Equipment | 137 | Knack Tool Box | | 8/1/2011 |
| Equipment | 138 | Knack Tool Box | | 8/1/2011 |
| Equipment | 139 | EZ-60 Elect. Golf Cart 4 Pass. | 11313U1070809667 | 8/1/2011 |
| Equipment | 140 | EZ-60 Elct. Golf Cart | 90-703615 | 8/1/2011 |
| Equipment | 141 | Wire Feeder LN-8 | 65701 | 8/1/2011 |
| Equipment | 142 | Wire Feed 25Mw/Tweco Gun | 11313U1070809667 | 8/1/2011 |
| Equipment | 143 | Wire Feed 25M w/Tweco Gun | 11313U1071003901 | 8/1/2011 |
| Equipment | 144 | Wire Feed 25M w/Tweco Gun | 11313U107089668 | 8/1/2011 |
| Equipment | 145 | Wire Feed, XRA Alum | KD51559 | 8/1/2011 |
| Equipment | 146 | 250 AC/DC | JA381174 | 8/1/2011 |
| Equipment | 147 | Welder 250 AC/DC | | 8/1/2011 |

| Equipment | 148 | Welder PROMIG 180 | 11m30612060115 | 8/1/2011 |
|-----------|-----|-------------------|----------------|----------|
| Equipment | 149 | Serial DC250 | P373259 | 8/1/2011 |
| Equipment | 150 | Welder, Idealarc IM400 | 305940 | 8/1/2011 |
| Equipment | 151 | Serial DC 300 | P363545 | 8/1/2011 |
| Equipment | 152 | Welder Idealarc 400/400 | AC305939 | 8/1/2011 |
| Equipment | 153 | Welder Idealarc TM-400/400 | AC361149 | 8/1/2011 |
| Equipment | 154 | Power Supply 400AMP | AC333523 | 8/1/2011 |
| Equipment | 155 | Air Pump | | 8/1/2011 |
| Equipment | 156 | Trailer 45ft | VIN 1AZBMZA11h1018646 | 8/1/2011 |
| Equipment | 157 | Trailer w/Turning Rolls | | 8/1/2011 |
| Equipment | 158 | Wire Feed LN25 | U1990300447 | 8/1/2011 |
| Equipment | 159 | Wire Feed LN25 | U4630708257 | 8/1/2011 |
| Equipment | 160 | Wire Feed LN25 | U1981013493 | 8/1/2011 |
| Equipment | 161 | Wire Feed LN25 | U1000212860 | 8/1/2011 |
| Equipment | 162 | Wire Feed LN25 | RNT1431 | 8/1/2011 |
| Equipment | 163 | Wire Feed LN25 | U1021107827 | 8/1/2011 |
| Equipment | 164 | Wire Feed LN25 | U1050322469 | 8/1/2011 |
| Equipment | 165 | Wire Feed LN25 | U1010615096 | 8/1/2011 |
| Equipment | 166 | Wire Feed LN25 | U1050322476 | 8/1/2011 |
| Equipment | 167 | Wire Feed LN25 | MH006029 | 8/1/2011 |
| Equipment | 168 | Wire Feed LN-25 | | 8/1/2011 |
| Equipment | 170 | Welder TM 500/500 | AC609404 | 8/1/2011 |
| Equipment | 171 | Welder DC 600 | 1471874 | 8/1/2011 |
| Equipment | 173 | Wire Feed S60 | KD396778 | 8/1/2011 |
| Equipment | 174 | Welder CV-300 II | RG901349 | 8/1/2011 |
| Equipment | 175 | Welder 400 W/LN25 | AC241970 | 8/1/2011 |
| Equipment | 176 | Pump 3/4HP 463PH | 4M8233 | 8/1/2011 |
| Equipment | 177 | Pump 2.8HP 463PH | 6608-482 | 8/1/2011 |
| Equipment | 178 | Pipe Threader 2-1/2" | | 8/1/2011 |
| Equipment | 179 | Pipe Threader 2-1/2" | | 8/1/2011 |
| Equipment | 180 | Elevator Pads, 3 Peice Canvas | | 8/1/2011 |
| Equipment | 183 | Welding Boom 10ft Inside SubAr | | 8/1/2011 |
| Equipment | 184 | Wire Feed LN-7 | WA-050908890 | 8/1/2011 |
| Equipment | 185 | Power Supply 400Amp | AC503976 | 8/1/2011 |
| Equipment | 186 | Wire Feed 60 Series | L7299591 | 8/1/2011 |
| Equipment | 187 | Welder Arc 500amp | AC361140 | 8/1/2011 |
| Equipment | 188 | Welder TM-400/400 | AC361140 | 8/1/2011 |
| Equipment | 189 | Power Supply 600AMP | AC523908 | 8/1/2011 |
| Equipment | 190 | Welder DC600 | | 8/1/2011 |
| Equipment | 191 | Tack Torch | 32172 | 8/1/2011 |
| Equipment | 192 | Track Torch | 55689 | 8/1/2011 |
| Equipment | 193 | Radial Graphw/ Track | | 8/1/2011 |
| Equipment | 194 | Plasma Cutting, PAK 10 | 182502A1770280 | 8/1/2011 |
| Equipment | 195 | Hobart 650 RVS Power | | 8/1/2011 |
| Equipment | 196 | Mag Drill | | 8/1/2011 |
| Equipment | 197 | Mag Drill | | 8/1/2011 |
| Equipment | 198 | Mag Drill | | 8/1/2011 |
| Equipment | 199 | Mag Drill | | 8/1/2011 |
| Equipment | 200 | Mag Drill | | 8/1/2011 |
| Equipment | 201 | Mag Drill | | 8/1/2011 |
| Equipment | 202 | Welder Ideal Arc RS600 | AC494900 | 8/1/2011 |
| Equipment | 203 | Fahey Mach Upper&Lower Blades | | 8/1/2011 |
| Equipment | 209 | Wire Feed 25M W/Tweco Gun | 11313U1071003898 | 8/1/2011 |
| Equipment | 210 | Pipe Threader Rigid | | 8/1/2011 |
| Equipment | 211 | Shrinkfast 998 Heat Gun | | 8/1/2011 |
| Equipment | 212 | Towing Dolly | | 8/1/2011 |
| Equipment | 213 | Wire Feed LN-7 | U1940906044 | 8/1/2011 |
| Equipment | 214 | Plasma Cutter | 0558001249 | 8/1/2011 |
| Equipment | 216 | Pressure Washer | 10036108 | 8/1/2011 |
| Equipment | 218 | Wire Feed | 18374337 | 8/1/2011 |
| Equipment | 219 | Wire Feed | 18374338 | 8/1/2011 |
| Equipment | 220 | MX4 IQUAD Multi-Gas Monitor | | 8/1/2011 |
| Equipment | 221 | Drill | | 8/1/2011 |
| Equipment | 222 | Electric Winch, Air Tugger | | 8/1/2011 |
| Equipment | 223 | Electric Winch, Air Tugger | | 8/1/2011 |
| Equipment | 224 | DC1000 Power Supply | AC822209 | 8/1/2011 |
| Equipment | 226 | Blower AC Axial 1/3 HP | | 8/1/2011 |

| | | | | |
|---|---|---|---|---|
| Equipment | 227 | Wire Feed w/Tweco Gun | LH400388V | 8/1/2011 |
| Equipment | 228 | Wire Feed w/Tweco Gun | LH470018V | 8/1/2011 |
| Equipment | 229 | Welder DC1000 | AC557623 | 8/1/2011 |
| Equipment | 230 | Welder DC1000 | U102502883 | 8/1/2011 |
| Equipment | 231 | Welder SA800 | A532221 | 8/1/2011 |
| Equipment | 232 | Welder DC600w/Wire Feed | AC500498 | 8/1/2011 |
| Equipment | 233 | Power Supply 1500AMp | AC552027 | 8/1/2011 |
| Equipment | 234 | Power Supply 600Amp | C1980800423 | 8/1/2011 |
| Equipment | 235 | Generator 4000EXL | 1008083380 | 8/1/2011 |
| Equipment | 236 | 2)Harrington Elect Chain Hoist | | 8/1/2011 |
| Equipment | 237 | Sub Arc HandHeld | U1980309069 | 8/1/2011 |
| Equipment | 238 | Wire Feed LN 25 | U1971002788 | 8/1/2011 |
| Equipment | 239 | Wire Feed Dual Digital Sub Arc | | 8/1/2011 |
| Equipment | 242 | Threading Machine 1/2-4 | 784T-TU43 | 8/1/2011 |
| Equipment | 243 | Gas Powered Welder Sam 650G | | 8/1/2011 |
| Equipment | 244 | Permanent Lifting Magnet | | 8/1/2011 |
| Equipment | 245 | Power Distri, Dist Box | | 8/1/2011 |
| Equipment | 246 | Power Distri, Dist Box Mod II | 149-9 | 8/1/2011 |
| Equipment | 247 | Project Power Conntrol Box | | 8/1/2011 |
| Equipment | 248 | Power Job Box w/24 Outlets | | 8/1/2011 |
| Equipment | 249 | Duraline 480V 6/outlet bang bx | 78649-20 | 8/1/2011 |
| Equipment | 250 | Duraline 480V Power Job Box | 78649-6 | 8/1/2011 |
| Equipment | 251 | Electrical Panel Bx 12Outlets | | 8/1/2011 |
| Equipment | 252 | Power Distri V350 aPack Rack | | 8/1/2011 |
| Equipment | 253 | Electric 45KV Transfomer/Panel | | 8/1/2011 |
| Equipment | 254 | Electric Panel BX, 12Outlet | | 8/1/2011 |
| Equipment | 255 | Transformer Skid w/Switch | | 8/1/2011 |
| Equipment | 256 | Constr Power Center Panel Bx | | 8/1/2011 |
| Equipment | 257 | Paint Sprayer, 56:1 Model 88 | | 8/1/2011 |
| Equipment | 258 | Power Pack77 Stud Gun Welder | LB299591 | 8/1/2011 |
| Equipment | 259 | Turning Rolls on Cart | | 8/1/2011 |
| Equipment | 260 | Power Source 355M AM 11141 | U1071007307 | 8/1/2011 |
| Equipment | 261 | Power Source 355M AM 11141 | U1071007308 | 8/1/2011 |
| Equipment | 262 | Power Source 355M AM 11141 | U1071007305 | 8/1/2011 |
| Equipment | 263 | Power Source 355M AM11141 | U1070910187 | 8/1/2011 |
| Equipment | 264 | Welder Idealard AC/DC 1000 | U1010226782 | 8/1/2011 |
| Equipment | 265 | Welder CV400AMP | U1961012006 | 8/1/2011 |
| Equipment | 266 | 200AMP Welder (gas) | | 8/1/2011 |
| Equipment | 267 | (2) 2-leg Chain Sling | | 8/1/2011 |
| Equipment | 268 | Thermal Dynamin Pak 1250 | H71911A109401B | 8/1/2011 |
| Equipment | 269 | Piant Tips and Spray Gun (2) | | 8/1/2011 |
| Equipment | 270 | Installation of Shop Fuel Tank | | 8/1/2011 |
| Equipment | 272 | Inverter Ex300 | LF157448 | 8/1/2011 |
| Equipment | 273 | Inverter EX 300 | LF224337 | 8/1/2011 |
| Equipment | 274 | Ex300 | | 8/1/2011 |
| Equipment | 275 | Ex300 | | 8/1/2011 |
| Equipment | 276 | Welder DC 600 (Sub Arc) | AC819958 | 8/1/2011 |
| Equipment | 277 | DC-400 | U1990219501 | 8/1/2011 |
| Equipment | 279 | Pressure Tank W/SS Piping | 15602 | 8/1/2011 |
| Equipment | 280 | Pressure Tank W/SS Piping | 15663 | 8/1/2011 |
| Equipment | 281 | Pressure Tank W/SS Piping | 15604 | 8/1/2011 |
| Equipment | 282 | Pressure Tank W/SS Piping | 15605 | 8/1/2011 |
| Equipment | 283 | Pressure Tank W/SS Piping | 10607 | 8/1/2011 |
| Equipment | 284 | Pressure Tank W/SS Piping | 15608 | 8/1/2011 |
| Equipment | 288 | DC-655 useW/ LT-7 Tractor md88 | | 8/1/2011 |
| Equipment | 289 | Heli-Arc Syncrowave 200 | LH290350L | 8/1/2011 |
| Equipment | 290 | Gates Hydraulics Crimper | | 8/1/2011 |
| Equipment | 292 | Rail Cart | | 8/1/2011 |
| Equipment | 294 | Rail Cart | | 8/1/2011 |
| Equipment | 295 | Rail Cart | | 8/1/2011 |
| Equipment | 297 | 30Ft Steel Track System AGW-01 | | 8/1/2011 |
| Equipment | 298 | 500Gal Fireguard Fuel Tank | 7871 | 8/1/2011 |
| Equipment | 299 | Sub Arc Tractor | U101104307 | 8/1/2011 |
| Equipment | 300 | Sub Arc Tractor | 106349 | 8/1/2011 |
| Equipment | 301 | Sub Arc Tractor | | 8/1/2011 |
| Equipment | 302 | Tractor with Model 88 | | 8/1/2011 |
| Equipment | 303 | Sub Arc Tractor LT7 | | 8/1/2011 |

| | | | | |
|---|---|---|---|---|
| Equipment | 304 | Sub Arc Tractor LT7 | | 8/1/2011 |
| Equipment | 305 | 20Ton Monorail Hoist | AZ220031 | 8/1/2011 |
| Equipment | 306 | 15 Ton Monorail Hoist | | 8/1/2011 |
| Equipment | 307 | 10 Ton Monorail Hoist | AZ220057 | 8/1/2011 |
| Equipment | 308 | Dynamatic Wide 15 Ton | AZ220085 | 8/1/2011 |
| Equipment | 309 | Electric Hoist 10Ton | AZ220092 | 8/1/2011 |
| Equipment | 310 | Electric Hoist 10Ton | AZ220095 | 8/1/2011 |
| Equipment | 311 | Electric Hoist 10 Ton | AZ22087 | 8/1/2011 |
| Equipment | 312 | Electric Hoist 10 Ton | AZ22096 | 8/1/2011 |
| Equipment | 313 | Electric Hoist 15 Ton | AZ220052 | 8/1/2011 |
| Equipment | 314 | Electric Hoist 10 Ton | AZ22088 | 8/1/2011 |
| Equipment | 318 | Weler Ideal ARCS 400AC/DC | AC361139 | 8/1/2011 |
| Equipment | 319 | Rail Cart | | 8/1/2011 |
| Equipment | 320 | Rail Cart | | 8/1/2011 |
| Equipment | 321 | Rail Cart | | 8/1/2011 |
| Equipment | 322 | 50ft Steel Track System AGW-01 | | 8/1/2011 |
| Equipment | 323 | Concrete Saw Wedge w/Gas Motor | | 8/1/2011 |
| Equipment | 324 | Crane Block (P&H 105T) | | 8/1/2011 |
| Equipment | 326 | Sub Arc Tractor LT7 w/boom | U1980404265 | 8/1/2011 |
| Equipment | 327 | Sub Arc Tractor LT7 w/boom | | 8/1/2011 |
| Equipment | 328 | Tractor Welder w/boom | | 8/1/2011 |
| Equipment | 331 | Installation U5, B1 Subarc | | 8/1/2011 |
| Equipment | 332 | Compressor 160CFM | 143728179 | 8/1/2011 |
| Equipment | 333 | Plate Beveler w/Tooth Cutters | 17669-2 | 8/1/2011 |
| Equipment | 335 | Northland Yard Tractor | YH100 | 8/1/2011 |
| Equipment | 336 | Metal 20 n Swing by 60 Long | | 8/1/2011 |
| Equipment | 338 | Rail Cart | | 8/1/2011 |
| Equipment | 339 | 36Welding Pasitioner MPC36 | | 8/1/2011 |
| Equipment | 340 | Forklift, Propane, 25ft mast | C265L102909484FB | 8/1/2011 |
| Equipment | 341 | Welding Mach. Utility TrFT-03 | | 8/1/2011 |
| Equipment | 342 | Elec. Dehumidifier Unit | 1816 | 8/1/2011 |
| Equipment | 343 | Turning Rolls Behind SS Cart | | 8/1/2011 |
| Equipment | 344 | Set of Power Rollsw/Idle Rolls | | 8/1/2011 |
| Equipment | 345 | 75006 Beam Punch | 101111 | 8/1/2011 |
| Equipment | 346 | 75006 Beam Punch | | 8/1/2011 |
| Equipment | 347 | Air Compressor 200CFM 50HP | 46951EGI | 8/1/2011 |
| Equipment | 348 | Redial Drill Press 4ft11in Col | | 8/1/2011 |
| Equipment | 349 | 120Ft Steel Tank System AGW-01 | | 8/1/2011 |
| Equipment | 350 | Turning Rolls 10-15 TCapacity | | 8/1/2011 |
| Equipment | 351 | 5T Power Tank Rollc/w 2 idlers | | 8/1/2011 |
| Equipment | 352 | Lift Platform 32ft height capa | | 8/1/2011 |
| Equipment | 354 | Air Compressor 1020 | 004-109631 | 8/1/2011 |
| Equipment | 355 | Fire Suppression System | | 8/1/2011 |
| Equipment | 356 | Burning Mach Linde 12head 10' | | 8/1/2011 |
| Equipment | 357 | Forklift 187in | B177B1890L | 8/1/2011 |
| Equipment | 358 | Parts of Pumping Station on Tr | | 8/1/2011 |
| Equipment | 359 | Portable Beam Punch | | 8/1/2011 |
| Equipment | 360 | Plate Roll 8ft set Power Roll | | 8/1/2011 |
| Equipment | 361 | Forklift 187in lift | 12-04743 | 8/1/2011 |
| Equipment | 362 | Air Compressor w/100Hp ElecMot | 156653 | 8/1/2011 |
| Equipment | 363 | Band Saw 21" | | 8/1/2011 |
| Equipment | 364 | Scissor Lift 26ft Modle 2646 | 0200038937 | 8/1/2011 |
| Equipment | 365 | Cane 5Ton | 38951-JA1 | 8/1/2011 |
| Equipment | 366 | 5Ton Crane | HN97680BE | 8/1/2011 |
| Equipment | 367 | 10 Ton Crane | B384081 | 8/11/2011 |
| Equipment | 368 | WA Crane 10 Ton | 3870 | 8/1/2011 |
| Equipment | 370 | Compressor | | 8/1/2011 |
| Equipment | 372 | Concrete Mixer Modle No 85 | | 8/1/2011 |
| Equipment | 373 | Crane Rails U5 L1 B1 PH1 | | 8/1/2011 |
| Equipment | 374 | Air COmpressoe | | 8/1/2011 |
| Equipment | 375 | CO2 Small Tank Welding SY Redc | | 8/1/2011 |
| Equipment | 376 | Mubea 50Ton | 0156184906215 | 8/1/2011 |
| Equipment | 377 | Power Tank Roll c/w 3 idlers | | 8/1/2011 |
| Equipment | 378 | Installation of MS Equipment | | 8/1/2011 |
| Equipment | 379 | Snstall Crane Rail Extensions | | 8/1/2011 |
| Equipment | 380 | CO2 Tank Welding System WireFe | | 8/1/2011 |
| Equipment | 382 | (2) 170ft Crane Ways | | 8/1/2011 |

| | | | | |
|---|---|---|---|---|
| Equipment | 384 | 35'highx14'arm Wire Feed | | 8/1/2011 |
| Equipment | 385 | Plate Roll 20ft power finish | | 8/1/2011 |
| Equipment | 386 | Permanent Power Supply Phase 4 | | 8/1/2011 |
| Equipment | 388 | Safety Plate Wall at Elevator | | 8/1/2011 |
| Equipment | 389 | Turning Rolls 25Ton w/3Idlers | | 8/1/2011 |
| Equipment | 390 | Geka 110T, 5x5x1/2 | 15691 | 8/1/2011 |
| Equipment | 391 | Plate Roll 25ft Power Finish | | 8/1/2011 |
| Equipment | 392 | Plate Roll 30ft w/Speed Contro | | 8/1/2011 |
| Equipment | 393 | Plate Rolls 6'x1/4" pyramid | | 8/1/2011 |
| Equipment | 394 | Pipe Turning Rolls (Sets) | | 8/1/2011 |
| Equipment | 395 | 10T Crane U3 L1 B1 West | 1W0862201480154 (30020 | 8/1/2011 |
| Equipment | 396 | Burning Tables Torchmate CNC | | 8/1/2011 |
| Equipment | 397 | Burning Machines Torchmate | | 8/1/2011 |
| Equipment | 400 | Coil Lifting Devices | | 8/1/2011 |
| Equipment | 401 | Remove U3L1B2 OH Crane Rails | | 8/1/2011 |
| Equipment | 402 | Turning Roll 15Ton 2"-24" | | 8/1/2011 |
| Equipment | 404 | Beveling Machine | | 8/1/2011 |
| Equipment | 405 | Joggler | 8072 | 8/1/2011 |
| Equipment | 406 | Plate Roll 30Ft W/Speed Contro | | 8/1/2011 |
| Equipment | 407 | Manlif Snorkle Lift 80ft | 9001170490 | 8/1/2011 |
| Equipment | 408 | Crane Panoview 150Ton | | 8/1/2011 |
| Equipment | 409 | Crane Panoview 15 Ton | | 8/1/2011 |
| Equipment | 410 | Crane Bridge end Trucks 150T | | 8/1/2011 |
| Equipment | 411 | 10Ton Crane 50ft span | | 8/1/2011 |
| Equipment | 412 | Install Compressor/Dryer | | 8/1/2011 |
| Equipment | 413 | Turning Rolls 50T | | 8/1/2011 |
| Equipment | 414 | Peg Tables 5'x5' Cast Iron | | 8/1/2011 |
| Equipment | 415 | Plate Roll 40Ft, 2 Vari-Speed | | 8/1/2011 |
| Equipment | 416 | Head Flanger 12ft dia | | 8/1/2011 |
| Equipment | 417 | 60FT powered Tank Fit-Up Rolls | | 8/1/2011 |
| Equipment | 418 | 5t Crane | | 8/1/2011 |
| Equipment | 419 | OH Crane 10T U3 B4 | | 8/1/2011 |
| Equipment | 420 | Maintenance Shop | | 8/1/2011 |
| Equipment | 422 | Plate Roll 1/4"x4' lil Tanklin | | 8/1/2011 |
| Equipment | 423 | Fit Up Rolls 5 Rollsx92ft | | 8/1/2011 |
| Equipment | 424 | Field Erected Water Tank | | 8/1/2011 |
| Equipment | 425 | Flat Rack 20Ft Flatrack | 120090-0 | 8/1/2011 |
| Equipment | 426 | 5t Crane | | 8/1/2011 |
| Equipment | 427 | 35'Highx14'Manipultor WireFeed | | 8/1/2011 |
| Equipment | 428 | Shear 1/2x12 | 5001440675176 | 8/1/2011 |
| Equipment | 429 | Head Flanger Modle 4-1289 | | 8/1/2011 |
| Equipment | 430 | Steel Seamer w/Fronius | | 8/1/2011 |
| Equipment | 431 | Forklift | | 8/1/2011 |
| Equipment | 432 | Crane Rail Extension U3 B3 | | 8/1/2011 |
| Equipment | 433 | Press Brake 350Ton 14' | 6921 | 8/1/2011 |
| Equipment | 434 | Shear Modle 2510 10ftx3/8in | 40710 | 8/1/2011 |
| Equipment | 435 | 100Ton Tank Roll Drive unit | | 8/1/2011 |
| Equipment | 436 | Travelift 30,000Capacity | 2218 | 8/1/2011 |
| Equipment | 437 | Lift 60,000lb Capacity | 1640480 | 8/1/2011 |
| Equipment | 438 | Plate Roll 10ftx3/8in | 55203 | 8/1/2011 |
| Equipment | 439 | Forklift | E007D04636Y | 8/1/2011 |
| Equipment | 440 | Straddlefit Travelift 70000Cap | 5218-589 | 8/1/2011 |
| Equipment | 441 | Sub Arc U3 L1 B1 | | 8/1/2011 |
| Equipment | 442 | 10T Crane U3 L1 B1 WEST | 1W0862201480152 | 8/1/2011 |
| Equipment | 443 | 10T Crane U3 L1 B1 WEST | 1W0862201480164 | 8/1/2011 |
| Equipment | 444 | Straddlelift 50000lb Capacity | 2074 | 8/1/2011 |
| Equipment | 445 | Straddlelift 50000lb Capacity | 902-565 | 8/1/2011 |
| Equipment | 446 | Outfit inv storage area | | 8/1/2011 |
| Equipment | 447 | Plate Roll 1'x10' | 4462 | 8/1/2011 |
| Equipment | 448 | 10T Crane U3 L1 B1 East | 1W0862201480141 | 8/1/2011 |
| Equipment | 449 | Crane 35Ton | 30410 | 8/1/2011 |
| Equipment | 450 | Angle Roll 5"x5"x1/2" | | 8/1/2011 |
| Equipment | 451 | Crane 20Ton 110Ft Tall 72ftboo | | 8/1/2011 |
| Equipment | 452 | Paint Pump | | 8/1/2011 |
| Equipment | 453 | Rail Cart | | 8/1/2011 |
| Equipment | 454 | Steel Seamer, Back up BAr Syst | | 8/1/2011 |
| Equipment | 456 | Gas Distribution System | | 8/1/2011 |

| Equipment | 457 | Plate Roll 3/8"x21Ft | 2355 | 8/1/2011 |
|---|---|---|---|---|
| Equipment | 458 | SB&P Booth-Appr Descr. | | 8/1/2011 |
| Equipment | 459 | Sand Blast 25'x28'x60' | | 8/1/2011 |
| Equipment | 460 | Crane Remote | 76563011 | 8/1/2011 |
| Equipment | 461 | Crane Remote, Retron | 76563012 | 8/1/2011 |
| Equipment | 463 | Pipe Threader,Rigid 122 w/dies | EB20328_0706 | 8/1/2011 |
| Equipment | 464 | Lincoln Welder LN-25 | U1110906345 | 8/1/2011 |
| Equipment | 465 | Lincoln Welder | U1111100454 | 8/1/2011 |
| Equipment | 467 | SBP Booth Light covers | | 2/1/2012 |
| Equipment | 468 | Ladder | | 2/29/2012 |
| Equipment | 469 | Torch lead 50' | | 2/29/2012 |
| Equipment | 472 | Portable Hypotherm Torch | | 3/19/2012 |
| Equipment | 473 | Parts - Powermax 1650 | | 3/30/2012 |
| Equipment | 474 | Handpump | | 4/23/2012 |
| Equipment | 475 | Lincoln Welder | | 4/30/2012 |
| Equipment | 476 | Flextec 450 Welder | | 5/31/2012 |
| Equipment | 477 | upgrade WF-21, WF-23 HD Cables | | 6/19/2012 |
| Equipment | 478 | upgr WF-23 control cable assym | | 6/19/2012 |
| Equipment | 479 | MX4 Air Monitor | | 6/21/2012 |
| Vehicle | 172 | Utility Trailer, 10x18 | | 8/1/2011 |
| Vehicle | 181 | GMC 2500 Ext. Cab PickUp 4x4 | VIN 2GTFK29K551551844 | 8/1/2011 |
| Vehicle | 182 | F250 Flatbed Shop Truck | VIN 1FTFF25G6FPA15645 | 8/1/2011 |
| Vehicle | 204 | Trailer5 Wheel Drop Deck | Plate NM 7195TRR (Jan 09 | 8/1/2011 |
| Vehicle | 215 | Vehicle/Floor Sweeper | S633057 | 8/1/2011 |
| Vehicle | 217 | Trailer Frame No Deck 27Ft | | 8/1/2011 |
| Vehicle | 225 | Transcraft/Tandem Axle | VIN 1TTE42209B1018131 | 8/1/2011 |
| Vehicle | 278 | Trailer 45' | VIN 1H5P04525GM022301 | 8/1/2011 |
| Vehicle | 285 | UT 45' Step Deck Trailer | VIN1UYFS2452HA666001 | 8/1/2011 |
| Vehicle | 291 | Trailer Drop-Deck | plate HS68642 | 8/1/2011 |
| Vehicle | 315 | 2-1/2Ton Truck Diesel 27ftDeck | VIN J8DM7AIN5E3100807 | 8/1/2011 |
| Vehicle | 316 | Internat'l Truck | VIN 1HSZVJXR2JH556663 | 8/1/2011 |
| Vehicle | 317 | UT 45' Step Deck Trailer | VIN 1UYFS2455JA87890 | 8/1/2011 |
| Vehicle | 325 | Super Duty tilt Roll Off Bed | VIN 1FDLF47F0SEA17301 | 8/1/2011 |
| Vehicle | 334 | Utility Trailer w/Welding Maac | WN68212919 | 8/1/2011 |
| Vehicle | 353 | Ford Expedition | 1FMPU18L63LC40885 | 8/1/2011 |
| Vehicle | 369 | Super Duty FlatDeck w/Crane | VIN 2FDLF47G2PCA96234 | 8/1/2011 |
| Vehicle | 371 | Trailer 35Ton drop deck | VIN 18547 | 8/1/2011 |
| Vehicle | 383 | Trailer 45ft Drop Deck | plate WZ6157 | 8/1/2011 |
| Vehicle | 387 | F350 Super Duty Diesel Dually | VIN 1FTSX31PX4ED19979 | 8/1/2011 |
| Vehicle | 399 | F800Series boom Truck w/Crane | VIN1FDPF82K1FVA57616 | 8/1/2011 |
| Vehicle | 403 | DOT Semi Turck (Mack) | VIN 1M2AA18Y2TW06282 | 8/1/2011 |
| Vehicle | 462 | 2007 PJ Flatbed Trailer | VIN #4P5FD28297109797 | 8/1/2011 |
| Leasehold Improvements | 485 | Rollup Shop Door (overhaul) | | 6/19/2013 |
| Intangible Assets | 470 | Weld Procedure Qual C276-A53 | | 3/12/2012 |
| Intangible Assets | 471 | Weld procedure qual. C276-C276 | | 3/12/2012 |
| Intangible Assets | 480 | Develop Hastalloy Procedures | | 2/5/2012 |
| Intangible Assets | 481 | R Certificate of Authority | | 1/1/2012 |
| Intangible Assets | 482 | U and PP Stamp | | 1/1/2012 |
| Intangible Assets | 483 | ASME Division 2 | | 1/1/2012 |
| Intangible Assets | 484 | Weld Procedures Development | | 1/1/2012 |

B 6D (Official Form 6D) (12/07)

In re  BMT-NW  Acquisition, LLC                ,        Case No.   14-10302 (PJW)
                    **Debtor**                                        **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 000037981<br><br>The Private Bank<br>120 S. LaSalle St<br>Chicago IL 60603 | | | All assets<br><br><br>VALUE $ 1,126,049.20 | x | x | | 6,123,805.16 | |
| ACCOUNT NO.<br><br>The Private Bank<br>120 S. LaSalle St<br>Chicago IL 60603 | | | LOC<br>#38023-60908<br><br>VALUE $  26,726.10 | x | x | | 26,726.10 | |
| ACCOUNT NO.<br><br>Broad Street Tank Holdings Co, Inc.<br>177 Broad Street, Suite 1150, Stamford, CT 06901 | | | Debt<br><br><br>VALUE $ 4,017,669.00 | | | | 4,017,669.00 | |

  1   continuation sheets attached

| | Subtotal ▶<br>(Total of this page) | $  10,168,200.26 | $ |
|---|---|---|---|
| | Total ▶<br>(Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) — Cont.                                                   2

In re  BMT-NW  Acquisition, LLC_____,      Case No.  14-10302 (PJW)_____
                **Debtor**                                      **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Broad Street Tank Holdings Co, Inc. 177 Broad Street, Stamford, CT 06901 | | | Accrued Interest  VALUE $  427,503.00 | | | | 427,503.00 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no.__1_ of__1__continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 427,503.00    $

Total(s) ▶
(Use only on last page)

$ 10,595,703.26    $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  BMT-NW Acquisition, LLC
_____,
            *Debtor*

Case No.  14- 10302 (PJW)
_____
            *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts **not** entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) – Cont.

In re  BMT-NW Acquisition, LLC _____ ,        Case No. __14-10302 (PJW)_____
                    *Debtor*                                              *(if known)*


☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


* *Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


_____1____  continuation sheets attached

B6E (Official Form 6E) (04/13) – Cont.

In re  BMT-NW Acquisition, LLC _____ ,        Case No.  14- 10302 (PJW) _____
             *Debtor*                                                    *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Boilermaker Blacksmith National Pension Trust 754 Minnesota Ave Kansas City KS 66101 | | | Amount Unknown | | | | | | |
| Account No. <br><br>Dept of Ecology P.O. Box 47611 Olympia, WA 985047611 | | | 1-9-14 | | | | 1,048.50 | 1,048.50 | |
| Account No. <br><br>Grays Harbor County 100 West Broadway Monteasano, WA 98563 | | | Personal Property Tax for 2013 (estimate) | | | | 30,000.00 | 30,000.00 | |
| Account No. <br><br>Washington B&O Tax Dept of Revenue State of Washington P.O. Box 34052 Seattle, WA 98124-1052 | | | Amount Unknown | | | | | | |

Sheet no. __1__ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page) — $ 31,048.50 | $ 31,048.50

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) — $ 31,048.50

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) — $ 31,048.50 | $

In re: BMT-NW Acquisition, LLC                                          Case No. 14-10302 (PJW)
       Debtor

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

_____Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 746 | | | | | | | |
| A&B Machine & Hydraulics Inc. 809 EAST MARKET ST ABERDEEN WA 98520 | | | | | | | $1,032.71 |
| ACCOUNT NO. 42 | | | | | | | |
| Access America PO Box 740048 Atlanta GA 30374-0048 | | | | | | | $24,476.00 |
| ACCOUNT NO. 1058 | | | | | | | |
| AirGas- NorPac PO Box 7427 Pasadena CA 91109-7427 | | | | | | | $335.11 |
| ACCOUNT NO. 458 | | | | | | | |
| American Express PO BOX 360001 FT LAUDERDALE FL 33336-0001 | | | | | | | $1,651.38 |
| | | | | | | | |

**SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  66 | | | | | | | |
| Amerisafe Inc. 3006 - 29th AVE SW TUMWATER WA 98512 | | | | | | | $623.87 |
| ACCOUNT NO. 993 | | | | | | | |
| Aberdeen Office Equipment 322 EAST FIRST ABERDEEN WA 98520 | | | | | | | $303.32 |
| ACCOUNT NO. 528 | | | | | | | |
| Bakersfield Pipe & Supply Inc. PO Box 60006 LOS ANGELES CA 90060-0006 | | | | | | | $30,130.72 |
| ACCOUNT NO. 20 | | | | | | | |
| Bayview Redi-Mix PO Box165 Aberdeen WA 98520 | | | | | | | $1,201.27 |
| ACCOUNT NO.  87 | | | | | | | |
| Cain Bolt & Gasket Inc. 7724 7TH AVE SOUTH SEATTLE WA 98108 | | | | | | | $5,163.70 |
| ACCOUNT NO.709 | | | | | | | |
| Carboline Company 350 HANLEY INDUSTRIAL COURT ST LOUIS MO 63144 | | | | | | | 14,022.05 |
| ACCOUNT NO.   5685 | | | | | | | |
| Carlile Transportation PO BOX 190145 ANCHORAGE AK 99519-0145 | | | | | | | 116.52 |
| ACCOUNT NO.      92 | | | | | | | |
| CEI 509 NW 5th St BLUE SPRINGS MO 64014 | | | | | | | 1,400.00 |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   222 | | | | | | | |
| CenturyLink PO BOX 91155 SEATTLE WA 98111-9255 | | | | | | | 166.19 |
| ACCOUNT NO.   91 | | | | | | | |
| Conway Freight PO BOX 5160 PORTLAND OR 97208-5160 | | | | | | | 868.47 |
| ACCOUNT NO.   7654 | | | | | | | |
| EGH Disposal 4201 Olympic Highway East Aberdeen WA 98520 | | | | | | | 1,751.12 |
| ACCOUNT NO.   717 | | | | | | | |
| Evraz Inc NA Canada P.O. BOX 84332 SEATTLE WA 98124-5632 | | | | | | | 35,099.78 |
| ACCOUNT NO.   130 | | | | | | | |
| Fabtrol Systems 1 E Broadway EUGENE OR 97401 | | | | | | | 1,025.94 |
| ACCOUNT NO.   134 | | | | | | | |
| FedEx Trade Networks PO BOX 10007, POSTAL STATION A TORONTO, ON M5W 2B1 | | | | | | | 42.99 |
| ACCOUNT NO.   397 | | | | | | | |
| FedEx PO BOX 94515 PALATINE IL 60094-4515 | | | | | | | 83.04 |
| ACCOUNT NO.   638 | | | | | | | |
| Ferguson Enterprises PO BOX 847411 DALLAS TX 75284-7411 | | | | | | | 2,543.64 |
| ACCOUNT NO.   99 | | | | | | | |
| Fine Line Instrument 17371 NE 67TH COURT REDMOND WA 98052 | | | | | | | 1,817.49 |
| ACCOUNT NO.   685 | | | | | | | |
| Hartford Steam Boiler Insprection PO BOX 73720 CHICAGO IL 60673-7720 | | | | | | | 1,082.06 |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    865 | | | | | | | |
| Hertz Equipment Rental Corp PO BOX 650280 DALLAS TX 75265-0280 | | | | | | | 1,774.43 |
| ACCOUNT NO.    826 | | | | | | | |
| House Brothers Cons Inc PO BOX 1820 MCLEARY WA 98557 | | | | | | | 373.56 |
| ACCOUNT NO.    331 | | | | | | | |
| IHS Global, Inc DEPT 1501 DENVER CO 80291-1501 | | | | | | | 5,224.71 |
| ACCOUNT NO.    56 | | | | | | | |
| Integra Telecom PO BOX 2966 MILWAUKEE WI 53201-2966 | | | | | | | 102.89 |
| ACCOUNT NO.    57 | | | | | | | |
| Intrepid Industries, Inc. 2305 S BATTLEGROUND Rd LA PORTE TX 77571 | | | | | | | 4,890.17 |
| ACCOUNT NO.    930 | | | | | | | |
| Kloeckner Metals Corp DEPT 0513 LOS ANGELES CA 90084-0513 | | | | | | | 5,694.76 |
| ACCOUNT NO.    157 | | | | | | | |
| L G Isaacson PO BOX 127 ABERDEEN WA 98520 | | | | | | | 1,881.88 |
| ACCOUNT NO.    396 | | | | | | | |
| Long Painting Company 21414 68TH AVENUE SOUTH KENT WA 98032-2416 | | | | | | | 4,100.00 |
| ACCOUNT NO.    714 | | | | | | | |
| Metex Consulting, Inc. 7345 RUE DU MOUSQUET QUEBEC, QC G2K 1Y4 | | | | | | | 1,500.00 |
| ACCOUNT NO.    719 | | | | | | | |
| Metro Overhead Door 2825 MARVIN ROAD NE LACEY WA 98516 | | | | | | | 8,700.72 |
| | | | | | | | |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    718 | | | | | | | |
| Mettler-Toledo, LLC 1900 POLARIS PARKWAY COLUMBUS OH 43240 | | | | | | | 654.27 |
| ACCOUNT NO.    182 | | | | | | | |
| MSC Industrial Supply Co DEPT. CH 0075 PALATINE IL 60055-0075 | | | | | | | 1,464.20 |
| ACCOUNT NO.    195 | | | | | | | |
| Northwest Grating Products, Inc. PO BOX 50245 BELLEVUE WA 98015-0245 | | | | | | | 3,876.00 |
| ACCOUNT NO.    7688 | | | | | | | |
| Northwest Knife & Tool LLC PO BOX 7 KENT WA 98032 | | | | | | | 341.47 |
| ACCOUNT NO.    198 | | | | | | | |
| Northwest Steel & Pipe Inc PO BOX 11247 TACOMA WA 98411 | | | | | | | 141,333.14 |
| ACCOUNT NO.    200 | | | | | | | |
| Old Dominion Freight Line, Inc. PO BOX 742296 LOS ANGELES CA 90074-2296 | | | | | | | 986.36 |
| ACCOUNT NO.    816 | | | | | | | |
| Olympia Region Clean Air Agency 2940 B LIMITED LANE NW OLYMPIA WA 98502 | | | | | | | 560.00 |
| ACCOUNT NO.    213 | | | | | | | |
| Pacific Welding Supplies, Inc. PO BOX 111240 TACOMA WA 98411-1244 | | | | | | X | 35,281.92 |
| ACCOUNT NO.    219 | | | | | | | |
| Pape Material Handling 9892 40TH AVE SOUTH SEATTLE WA 98118 | | | | | | | 2,199.59 |
| ACCOUNT NO.    87105 | | | | | | | |
| Rodney, Dickason, Sloan Akin PO Box 1888 Albuquerque NM 87103- | | | | | | | 353.1 |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 1888 | | | | | | | |
| ACCOUNT NO.    7644 | | | | | | | |
| RMF Manufacturing, LLC PO BOX 4396- DEPT 485 HOUSTON TX 77210-4396 | | | | | | | 525.00 |
| ACCOUNT NO.    7643 | | | | | | | |
| RMM Global 2841 RIVIERA DRIVE AKRON OH 44333 | | | | | | | 2,330.00 |
| ACCOUNT NO.    7678 | | | | | | | |
| Robertson Grating PO BOX 4248 Tualitin OR 97062 | | | | | | | 38,638.00 |
| ACCOUNT NO.  17 | | | | | | | |
| Rolled Alloys 125 W STERNS ROAD TEMPERANCE MI 48182 | | | | | | | 99,669.90 |
| ACCOUNT NO.    236 | | | | | | | |
| Seattle Boiler Works, Inc. 500 SOUTH MYRTLE STREET SEATTLE WA 98108-3422 | | | | | | | 8,124.00 |
| ACCOUNT NO.    950 | | | | | | | |
| Sound Electronics 3409 S 37TH STREET TACOMA WA 98409 | | | | | | | 1,328.77 |
| ACCOUNT NO.    61 | | | | | | | |
| Stirnco Steel Structures, Inc. 23515 NE Novelty Hill Road Redmond WA 98053 | | | | | | | 500.00 |
| ACCOUNT NO.    1016 | | | | | | | |
| Strong Manufacturing PO BOX 8068 PINE BLUFF AK 71611 | | | | | | | 1,971.06 |
| ACCOUNT NO.    36 | | | | | | | |
| Supreme Perlite Co 4600 NORTH SUTTLE RD PORTLAND OR 97217-7720 | | | | | | | 1,568.00 |
| ACCOUNT NO.    7673 | | | | | | | |
| Tank Products, Inc. 1742 S Bon View ONTARIO CA 91761 | | | | | | | 6,135.76 |
| | | | | | | | |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    11 | | | | | | | |
| Thyssen Krupp Dept. 2726 Carol Stream IL 60132-2726 | | | | | | | 22,211.10 |
| ACCOUNT NO.    212 | | | | | | | |
| Valmont Coatings PO BOX 3 DES MOINES IA 10267 | | | | | | | 200.00 |
| ACCOUNT NO.    7666 | | | | | | | |
| Verizon Wireless PO BOX 660108 DALLAS TX 75266-010 | | | | | | | 445.52 |
| ACCOUNT NO.    6833 | | | | | | | |
| Vigilant Services, Inc. 6825 SW SANDBURG ST TIGARD OR 97223-8009 | | | | | | | 300.00 |
| ACCOUNT NO.    848 | | | | | | | |
| WA Dept of Licensing Grays Harbor County Auditor Montesano WA 98563 | | | | | | | 43.75 |
| ACCOUNT NO.    479 | | | | | | | |
| Washington Audiology Services 6987 PERIMETER ROAD SOUTH SEATTLE WA 98108-3847 | | | | | | | 1,147.75 |
| ACCOUNT NO.    33 | | | | | | | |
| Woodland Truck Line, Inc. PO BOX 1808 WOODLAND WA 98674 | | | | | | | 281.40 |
| ACCOUNT NO. 7653 | | | | | | | |
| Work Compvidence 2801 ISLAND AVENUE PHILADELPHIA PA 19153 | | | | | | | 3,587.50 |
| ACCOUNT NO.    563 | | | | | | | |
| Western Petroleum Mark Association P O BOX 571500 MURRAY UT 84157-1500 | | | | | | | 500.00 |
| | | | | | | | |

{00832012;v1 }                                              Schedule F - Sheet 7 of 8 Continuation Sheets

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Olympia Property LLC 12101 San Victorio NE Albuquerque NM 87110 | | | unknown | x | x | x | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Walker Specialty Construction, c/o Ben VandenBerghe, Montgomery, Purdue, Blankinship & Austin, 701 Fifth Avenue, Suite 5500, Seattle, Washington  98104 | | | | | | x | 54,553.64 |
| ACCOUNT NO. | | | | | | | |
| Hamer Electric Company, c/o James Randall, Bean, Gentry, Wheeler & Peternell, 910 Lakeridge Way, SW, Olympia, Washington, 98502 | | | | | | x | 178,085.93 |
| ACCOUNT NO. | | | | | | | |
| Port of Grays Harbor c/o Arthur A. Blauvelt, Esq. Ingram, Zelasko & Goodwin LLP 120 East First Street Aberdeen, Washington 98520 | | | | x | x | x | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Michael J. Caplan, Trustee c/o Terry C. Cupps, Esq.    Robert L. Howard, Esq. Foulston Siefkin LLP 1551 North Waterfront Parkway Suite 100 Wichita, Kansas 67206-4466 | | | | x | x | x | 0.00 |
| | | | | | | Total ▶ | 768,350.62 |

B 6G (Official Form 6G) (12/07)

In re  BMT-NW Acquisition, LLC _____ ,          Case No. 14-10302 (PJW) _____
           **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Olympia Property, LLC<br>12101 San Victorio NE<br>Albuquerque NM 87110 | Facility lease<br>100 Tower Blvd., Ste. 101<br>Elma, WA 98541 |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re  BMT-NW Acquisition, LLC          ,                    Case No.  14-10302 (PJW)
                   **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Broad Street Tank Holdings Co., Inc.<br>177 Broad Street, Suite 1150, Stamford, CT 06901 | The Private Bank<br>120 S. LaSalle St<br>Chicago IL 60603 |
| BMT Acquisition, LLC<br>8301 Broadway Blvd SE, Albuquerque, NM  87105 | The Private Bank<br>120 S. LaSalle St<br>Chicago IL 60603 |
| BMT-WA Contracting, LLC<br>8301 Broadway Blvd., SE  Albuquerque, NM  87105 | The Private Bank<br>120 S. LaSalle St<br>Chicago IL 60603 |
| Graver Tank Co.<br>10559 Geiser Road        Holland, OH  43528 | The Private Bank<br>120 S. LaSalle St<br>Chicago IL 60603 |
| Brown-Minneapolis Tank - Canada Co.<br>8301 Broadway Blvd., SE   Albuquerque, NM  87105 | The Private Bank<br>120 S. LaSalle St<br>Chicago IL 60603 |
| BMT Acquisition, LLC<br>8301 Broadway Blvd SE, Albuquerque, NM  87105 | Broad Street Tank Holdings Co., Inc.<br>177 Broad Street, Suite 1150, Stamford, CT 06901 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __BMT-NW Acquisition, LLC__ ,          Case No. __14- 10302 (PJW)__
            Debtor                                                  (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                              Debtor

Date _____          Signature: _____
                                                    (Joint Debtor, if any)

                                              [If joint case, both spouses must sign.]

--------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____

Address

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the __Manager__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __Limited Liability Corporation__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __02/14/2014_____          Signature: _____

                                                  Richard Latto, Member of Board of Managers
                                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.